PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ANDREA C. DELLAPENNA-GRAJZL, | ) | |
| | ) | CASE NO. 4:22-CV-1483 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | [Regarding ECF No. 15] |

On May 24, 2023, the assigned magistrate judge issued a Report and Recommendation suggesting that the Commissioner's decision denying Plaintiff's applications for Period of Disability and Disability Insurance Benefits be affirmed. See ECF No. 15.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a magistrate judge's report without review. See *Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by June 7, 2023. On June 6, 2023, Plaintiff filed a response indicating that she would not be objecting to the Report and Recommendation. ECF No. 16. The Commissioner of Social Security

(4:22-CV-1483)

Administration did not file any response. Accordingly, the Court adopts the Report and Recommendation, without objection. ECF No. 15. The Commissioner's decision denying Plaintiff's applications for Period of Disability and Disability Insurance Benefits is affirmed.

    IT IS SO ORDERED.

| | |
|---|---|
| June 23, 2023 | /s/ *Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |